[No. 30940-4-I. Division One. October 25, 1993.]

MILES SAND AND GRAVEL COMPANY, ET AL, *Appellants*, v. THE CITY OF AUBURN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-25361-7, Dale B. Ramerman, J., entered May 21, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ.

[No. 28661-7-I. Division One. October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE GIVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00110-8, Daniel T. Kershner, J., entered June 21, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Forrest, J.

[No. 28776-1-I. Division One. October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK ALLEN WHITSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00127-4, Robert C. Bibb, J., entered July 1, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Coleman, JJ.

[No. 28154-2-I. Division One. October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ERIC NESBIT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05872-3, Robert E. Dixon, J., entered April 1, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.